IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE

05 APR 25 AM

ROBERT R. DI  IO
CLERK, U.S. DI  ST.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| AMERICAN PIONEER TITLE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2878 Ml/V |
| | ) | |
| VERMA Y. PINKNEY, BASIL S. BUCHANAN and GARY L. JEWEL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| GARY L. JEWEL, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMSOUTH BANK, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER SETTING TELEPHONE CONFERENCE

The Court will hold a telephone conference on Wednesday, May 4, 2005, at 8:45 a.m. to discuss the joint motion to set a new scheduling order in this case. Plaintiff's counsel shall initiate the telephone conference by contacting the Court with all of the parties on the line.

IT IS SO ORDERED this 22 day of April, 2005.

Jon P. McCalla

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4/27/05

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Honorable Jon McCalla
US DISTRICT COURT