IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICAN PIONEER TITLE
INSURANCE COMPANY,

    Plaintiff,

v.                                                  No. 03-2878 MlV

VERMA Y. PINKNEY,
BASIL S. BUCHANAN and
GARY L. JEWEL,

    Defendants.

GARY L. JEWEL,

    Third-party Plaintiff,

v.

AMSOUTH BANK,

    Third-party Defendant.

## AMENDED SCHEDULING ORDER

Plaintiff, Defendant and Third Party Defendant, by and through counsel, have jointly agreed upon the following amended dates:

    JOINING PARTIES: August 1, 2005

    AMENDING PLEADINGS: October 3, 2005

    COMPLETION OF DISCOVERY: November 30, 2005

    DISCLOSURE OF PLAINTIFF'S EXPERT INFORMATION: December 15, 2005

    DISCLOSURE OF DEFENDANT'S EXPERT INFORMATION: December 30, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on

DISCLOSURE OF THIRD PARTY DEFENDANT'S EXPERT INFORMATION: January 16, 2006

COMPLETION OF EXPERT DISCOVERY, INCLUDING DEPOSITIONS: March 15, 2006

FILING OF DISPOSITIVE MOTIONS: April 17, 2006

**SO ORDERED**, this the ___4___ day of ___May___, 2005.

_____
United States District Court Judge

Trial: July 17, 2006 at 9:30

PTC: July 10th, 2006 at 9:00

PTO: July 3, 2006



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT