IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICAN PIONEER TITLE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                  No. 03-2878 MlV

VERMA Y. PINKNEY,
BASIL S. BUCHANAN and
GARY L. JEWEL,

    Defendants.

GARY L. JEWEL,

    Third-party Plaintiff,

v.

AMSOUTH BANK,

    Third-party Defendant.

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
May 4, 2005

## THIRD-PARTY DEFENDANT AMSOUTH BANK'S MOTION FOR LEAVE TO FILE FOURTH-PARTY COMPLAINT

    COMES NOW, third-party defendant, AmSouth Bank ("AmSouth"), and pursuant to Fed. R. Civ. P. 14, hereby moves the Court for leave to file a fourth-party complaint against Verma Y. Pinkney and Basil S. Buchanan. In support of its motion, AmSouth states that Verma Y. Pinkney and Basil S. Buchanan are liable to AmSouth for all or part of third-party plaintiff's alleged claim against AmSouth. Furthermore, the claims against fourth-party defendants Pinkney and Buchanan

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/5/05

arise out of the same transaction and occurrences that give rise to the original complaint and the third-party complaint.

In further support of its motion, AmSouth relies upon its memorandum in support filed simultaneously herewith. A copy of AmSouth's proposed fourth-party complaint is attached hereto as Exhibit "A."

A proposed order granting AmSouth's motion has been filed simultaneously with this motion for the Court's convenience.

WHEREFORE, PREMISES CONSIDERED, AmSouth respectfully moves the Court for leave to file a fourth-party complaint against Verma Y. Pinkney and Basil S. Buchanan.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: _____
Larry H. Montgomery (#9579)
Jeremy G. Alpert (#19277)
1700 One Commerce Square
Memphis, TN 38103
(901) 525-1322

Attorneys for AmSouth Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the following via first class U. S. Mail, postage prepaid, on this the 2nd day of May, 2005:

Ellen Vergos
Apperson, Crump & Maxwell, PLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119

Kenneth R. Shuttleworth
Dennis P. Hawkins
200 Jefferson Ave., Suite 1500
Memphis, TN 38103-6301

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT