IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -3 PM 4: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

AMERICAN PIONEER TITLE
INSURANCE COMPANY,

    Plaintiff,

v.

                             No. 03-2878 MlV

VERMA Y. PINKNEY,
BASIL S. BUCHANAN and
GARY L. JEWEL,

    Defendants.

GARY L. JEWEL,

    Third-party Plaintiff,

v.

AMSOUTH BANK,

    Third-party Defendant.

---

### ORDER GRANTING MOTION FOR LEAVE TO FILE
### FOURTH-PARTY COMPLAINT

---

IT APPEARING to the Court that AmSouth Bank's motion for leave to file a fourth-party complaint is for good cause and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that AmSouth Bank shall be and is hereby granted leave to file its fourth-party complaint against Verma Y. Pinkney and Basil S. Buchanan.

SO ORDERED, this the 3rd day of May, 2005.

                                      _____
                                      United States ~~District Court~~ Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT