# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| AMERICAN PIONEER TITLE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) VERMA Y. PINKNEY, ) BASIL S. BUCHANNAN and ) GARY L. JEWELL, ) ) Defendants. ) ) GARY L. JEWELL, ) ) Third-party Plaintiff ) ) v. ) ) AMSOUTH BANK, ) ) Third-party Defendant. ) ) AMSOUTH BANK, ) ) Fourth-party Plaintiff, ) ) v. ) ) VERMA Y. PINKNEY and ) BASIL S. BUCHANAN, ) ) Fourth-party Defendants. ) | Case No. 2:03cv2878 |

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on August 31, 2005, entry of **DEFAULT**

**IS HEREBY GRANTED** against the defendant, Verma Y. Pinkney pursuant to

FRCP 55(a).

On July 18, 2005, this Court filed the summons returned executed on July, 25, 2005.

Defendant had twenty days within which to answer or otherwise plead. Defendant Verma Y. Pinkney

has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 31th day of August, 2005.

THOMAS M. GOULD
Clerk of Court

By: *Judy Easley*
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Honorable Jon McCalla
US DISTRICT COURT