# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN PIONEER TITLE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:03cv2878 |
| v. | ) ) | |
| VERMA Y. PINKNEY, BASIL S. BUCHANAN and GARY L. JEWELL | ) ) ) ) | |
| Defendants. | ) ) | |
| GARY L. JEWELL | ) ) | |
| Third-party Plaintiff, | ) ) | |
| v. | ) ) | |
| AMSOUTH BANK, | ) ) | |
| Third-party Defendant. | ) ) | |
| AMSOUTH BANK, | ) ) | |
| Fourth-party Plaintiff | ) ) | |
| v. | ) ) | |
| VERMA Y. PINKNEY, BASIL S. BUCHANAN and GARY L. JEWELL | ) ) ) ) | |
| Fourth-party Defendants. | ) ) | |

FILED BY _____ D.C.

05 SEP 23 AM 10: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on September 23, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Verma Y. Pinkney pursuant to FRCP 55(a).

On July 18, 2005 this Court filed the summons returned executed July 25, 2005.

Defendant had twenty days within which to answer or otherwise plead. Defendant Verma Y. Pinkney

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-23-05



has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 23rd day of September, 2005.

THOMAS M. GOULD<br>
Clerk of Court<br>
By: /s/ Judy Easley<br>
Deputy Clerk

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Ellen B. Vergos
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT