# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION



16638/KRS-DPH

**AMERICAN PIONEER TITLE**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                                                       No. 2:03-cv-02878 MlV

**VERMA Y. PINKNEY,**
**BASIL S. BUCHANAN and**
**GARY L. JEWEL,**

    Defendants.

**GARY L. JEWEL,**

    Third-Party Plaintiff,

v.

**AMSOUTH BANK,**

    Third-party Defendant.

**AMSOUTH BANK,**

    Fourth-party Plaintiff,

v.

**VERMA Y. PINKNEY and**
**BASIL S. BUCHANAN,**

    Fourth-party Defendants.

## ORDER ON DEFENDANT/THIRD-PARTY PLAINTIFF, GARY L. JEWEL'S
## MOTION FOR ENLARGEMENT OF TIME

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP   12-1-05



This matter having come before the Court on the Motion of the Defendant/Third-Party Plaintiff, Gary L. Jewel, for Enlargement of Time within which to complete discovery only, and the Court, having considered the Motion, Memorandum in Support thereof, and the entire record in this cause, finds that cause does exist for the Motion and same shall be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant/Third-Party Plaintiff's Motion for Enlargement of Time for completion of discovery only is hereby granted and Defendant/Third-Party Plaintiff shall have to, and including, January 16, 2006, to complete discovery.

It is so ordered this the __30th__ day of __November__, 2005.

                                                       Diane K. Vescovo
                                         UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

*H:\EDSISS\DOCS\16638\A53014.WPD*



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Ellen B. Vergos
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT