16638/KRS-DPH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

AMERICAN PIONEER TITLE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                                    No. 2:03-cv-02878 MlV

VERMA Y. PINKNEY,
BASIL S. BUCHANAN and
GARY L. JEWEL,

    Defendants.

GARY L. JEWEL,

    Third-Party Plaintiff,

v.

AMSOUTH BANK,

    Third-party Defendant.

AMSOUTH BANK,

    Fourth-party Plaintiff,

v.

VERMA Y. PINKNEY and
BASIL S. BUCHANAN,

    Fourth-party Defendants.

### AMENDED ORDER ON DEFENDANT/THIRD-PARTY PLAINTIFF, GARY L. JEWEL'S, MOTION FOR ENLARGEMENT OF TIME

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-9-05_

This matter having come before the Court on the Motion of the Defendant/Third-Party Plaintiff, Gary L. Jewel, for an Amended Order for the Enlargement of Time within which to complete discovery only to apply to all parties, and the Court, having considered the Motion, and the entire record in this cause, finds that cause does exist for the Motion and same shall be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant/Third-Party Plaintiff's Motion for Enlargement of Time for completion of discovery only is hereby granted and that all parties shall have to, and including, January 16, 2006, to complete discovery. This Order shall supersede the Court's Order entered Friday December 2, 2005.

It is so ordered this the 8th day of December, 2005.

*Diane K. Vescovo*
UNITED STATES DISTRICT MAGISTRATE JUDGE

H:\EDSISS\DOCS\16638\A53014.WPD

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:03-CV-02878 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ellen B. Vergos
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Frank Holloman
HOLLOMAN LAW OFFICE
242 Poplar Avenue
Memphis, TN 38103--194

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT